B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Okoye, Innocent O** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1910** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3115 Aviara Ct.**<br>**Naperville, IL**<br>ZIP Code **60564** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Okoye, Innocent O** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                  Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Okoye, Innocent O**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Innocent O Okoye**
_____
Signature of Debtor **Innocent O Okoye**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**July 29, 2011**
_____
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
_____
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
_____
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
_____
Firm Name

**401 S. LaSalle St.
Suite 403
Chicago, IL 60605**
_____
Address

**Email: ariel@weissberglaw.com
312-663-0004  Fax: 312-663-1514**
_____
Telephone Number

**July 29, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Innocent O Okoye** _____     Case No. _____

                                    Debtor(s)          Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Innocent O Okoye**
                             **Innocent O Okoye**

Date:    **July 29, 2011**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Innocent O Okoye**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Access Receivable Mgmt**<br>**PO Box 9801**<br>**Towson, MD 21284** | **Access Receivable Mgmt**<br>**PO Box 9801**<br>**Towson, MD 21284** | **XO Communication/Int ernet** | | **22,141.95** |
| **American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | **American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | **Real Estate Loans** | | **3,535,056.39** |
| **American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | **American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | **Commmercial Loan** | | **669,852.88** |
| **American Chartered Bank**<br>**20N Martingale - #600**<br>**Schaumburg, IL** | **American Chartered Bank**<br>**20N Martingale - #600**<br>**Schaumburg, IL** | **Comerical Loan** | | **494,591.27** |
| **American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | **American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | **Comerical Loan** | | **185,612.59** |
| **Baytree LeasingCo**<br>**PO Box  51781**<br>**Los Angeles, CA 90051** | **Baytree LeasingCo**<br>**PO Box  51781**<br>**Los Angeles, CA 90051** | **Equip. Lease** | | **102,356.74** |
| **Call One**<br>**PO Box 4044**<br>**Carol Stream, IL 60197** | **Call One**<br>**PO Box 4044**<br>**Carol Stream, IL 60197** | **Phone System** | | **46,438.73** |
| **First Communications**<br>**200 E. Randolph - #2300**<br>**Chicago, IL 60601** | **First Communications**<br>**200 E. Randolph - #2300**<br>**Chicago, IL 60601** | **Settled (See Call One)** | | **36,332.02** |
| **Glazer & Associates**<br>**3113 Stirling Rd - #201**<br>**Hollywood, FL 33312** | **Glazer & Associates**<br>**3113 Stirling Rd - #201**<br>**Hollywood, FL 33312** | **Atty for 1201 Ocean Blvd - Quadomain Condo** | | **25,000.00** |
| **Hinsdale Bank & Trust**<br>**c/o RIGHEIMER RIGHEIMER & MAR**<br>**20 NORTH CLARK #1900**<br>**Chicago, IL 60602** | **Hinsdale Bank & Trust**<br>**c/o RIGHEIMER RIGHEIMER & MAR**<br>**20 NORTH CLARK #1900**<br>**Chicago, IL 60602** | **Hinsdale Trust Company v. Innocent Okoye, 10-L-51354** | **Disputed** | **3,978,704.00** |
| **Hinsdale Bank & Trust**<br>**25 E. First St.**<br>**Hinsdale, IL 60521** | **Hinsdale Bank & Trust**<br>**25 E. First St.**<br>**Hinsdale, IL 60521** | **See Illinois and Wisconsin Properties listed on Schedule A** | | **3,900,000.00**<br><br>**(1,577,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Innocent O Okoye**                                                      Case No.  _____

_____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hinsdale Bank & Trust Company**<br>**25 East First Street**<br>**Hinsdale, IL 60521** | **Hinsdale Bank & Trust Company**<br>**25 East First Street**<br>**Hinsdale, IL 60521** | **Foreclosure Notice** | | **3,996,933.18** |
| **Hinshaw & Culbertson LLP**<br>**222N LaSalle - #300**<br>**Chicago, IL 60601** | **Hinshaw & Culbertson LLP**<br>**222N LaSalle - #300**<br>**Chicago, IL 60601** | **Legal Services Rendered** | | **321,573.07** |
| **Marc Realty**<br>**55 E Jackson - #500**<br>**Chicago, IL 60604** | **Marc Realty**<br>**55 E Jackson - #500**<br>**Chicago, IL 60604** | **Rent 1701 E Woodfield** | | **26,331.50** |
| **Old Second Bank**<br>**37 S River Street**<br>**Aurora, IL 60506** | **Old Second Bank**<br>**37 S River Street**<br>**Aurora, IL 60506** | **Commerical Loan** | | **109,122.83** |
| **Phillip Sauer LLC**<br>**3 Golf Center**<br>**Hoffman Estates, IL 60169** | **Phillip Sauer LLC**<br>**3 Golf Center**<br>**Hoffman Estates, IL 60169** | **Paetec - Orig Creditor** | | **74,137.49** |
| **Property Insight**<br>**1007 E. Cooley Dr**<br>**Colton, CA 92324** | **Property Insight**<br>**1007 E. Cooley Dr**<br>**Colton, CA 92324** | **Chgo Title** | | **134,355.50** |
| **Sultan Family Limited**<br>**661 Oleander Drive**<br>**Hallandale, FL 33009** | **Sultan Family Limited**<br>**661 Oleander Drive**<br>**Hallandale, FL 33009** | **1201 S Ocean Dr #608, Hollywood, FL 33019** | | **1,500,000.00**<br><br>**(125,000.00 secured)** |
| **Transworld Systems**<br>**1375 E Woodfield Rd**<br>**Schaumburg, IL 60173** | **Transworld Systems**<br>**1375 E Woodfield Rd**<br>**Schaumburg, IL 60173** | **Collection for Property Insig.** | | **134,355.50** |
| **Zanck Coen & Wright**<br>**40 Brink Street**<br>**Crystal Lake, IL** | **Zanck Coen & Wright**<br>**40 Brink Street**<br>**Crystal Lake, IL** | **Wells Frago Equip Settlement** | | **65,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, **Innocent O Okoye**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list
and that it is true and correct to the best of my information and belief.

Date   **July 29, 2011** _____         Signature   **/s/ Innocent O Okoye** _____

                                                                              **Innocent O Okoye**
                                                                              Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re   **Innocent O Okoye**                                                          , Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hinsdale Bank & Trust**<br>**25 E. First St.**<br>**Hinsdale, IL 60521** | X | - | **Mortgage**<br><br>**See Illinois and Wisconsin Properties listed on Schedule A**<br><br>Value $           **1,577,000.00** | | | | 3,900,000.00 | 2,323,000.00 |
| Account No.<br><br>**Sultan Family Limited**<br>**661 Oleander Drive**<br>**Hallandale, FL 33009** | | | **1201 S Ocean Dr #608, Hollywood, FL 33019**<br><br>Value $              **125,000.00** | | | | 1,500,000.00 | 1,375,000.00 |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |

___0___   continuation sheets attached

| | Subtotal<br>(Total of this page) | 5,400,000.00 | 3,698,000.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 5,400,000.00 | 3,698,000.00 |

B6E (Official Form 6E) (4/10)

In re    **Innocent O Okoye**                                                                    ,                    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___13___ continuation sheets attached

Document        Page 10 of 45

7/29/11 10:25AM

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x8610** City of Aurora 44 E Downer Place Aurora, IL 60507 | | | Code Violation | | | | 3,400.00 | 3,400.00 |
| | | | | | | | 3,400.00 | 0.00 |
| Account No. **x8610** City of Aurora 44 E Downer Place Aurora, IL 60507 | | | NO Call Inspect Fee Violation | | | | 1,250.00 | 1,250.00 |
| | | | | | | | 1,250.00 | 0.00 |
| Account No. **x8610** City of Aurora 44 E Downer Place Aurora, IL 60507 | | | Property Standard Weeds | | | | 315.00 | 315.00 |
| | | | | | | | 315.00 | 0.00 |
| Account No. **xxx. xx. xx-xxxx2264** City of Aurora 44 E Downer Place Aurora, IL 60507 | | | Apt. Licence Violation | | | | 290.00 | 290.00 |
| | | | | | | | 290.00 | 0.00 |
| Account No. **xx xR 219** City of Aurora 44 E Downer Place Aurora, IL 60507 | | | Law Suit | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 5,255.00 | |
| 5,255.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Innocent O Okoye**                                                     , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxBC 51** | | | | | | | | | |
| **City of Aurora 44 E Downer Place Aurora, IL 60507** | | | | | | | | 800.00 | |
| | | | | | | | | 800.00 | 0.00 |
| Account No. **xxxxx. xxxxxx141A** | | | | **Judgmt 7219 Wolcott** | | | | | |
| **City of Chicago 30 N LaSalle - Suite 700 Chicago, IL 60602** | | | | | | | | 5,041.24 | |
| | | | | | | | | 5,041.24 | 0.00 |
| Account No. **xx-xx-xx5018** | | | | **City of Chicago v. Okoye, 10-M1-665018, Cook County, Illinois** | | | | | |
| **City of Chicago c/o Markoff & Krasny 29 N. Wacker Dr., #550 Chicago, IL 60606-2854** | - | | | | | | X | 630.01 | |
| | | | | | | | | 630.01 | 0.00 |
| Account No. **xx-xx-xx7173** | | | | **City of Chicago v. Okoye, 10-M1-667173, Cook County, Illinois** | | | | | |
| **City of Chicago c/o Markoff & Krasny 29 N. Wacker Dr., #550 Chicago, IL 60606-2854** | - | | | | | | X | 627.25 | |
| | | | | | | | | 627.25 | 0.00 |
| Account No. **xx-xx-xx7172** | | | | **City of Chicago v. Okoye, 10-M1-667172, Cook County, Illinois** | | | | | |
| **City of Chicago c/o Markoff & Krasny 29 N. Wacker Dr., #550 Chicago, IL 60606-2854** | - | | | | | | X | 627.25 | |
| | | | | | | | | 627.25 | 0.00 |

Sheet __2__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 7,725.75 | |
| 7,725.75 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**                                                                    ,        Case No. _____
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx7774**<br><br>**City of Chicago<br>c/o Markoff & Krasny<br>29 N. Wacker Dr., #550<br>Chicago, IL 60606-2854** | - | | | **City of Chicago v. Okoye, 10-M1-667774, Cook County, Illinois** | | | X | **1,040.00**<br><br>1,040.00 | **1,040.00**<br><br>0.00 |
| Account No. **xx-xx-xx0656**<br><br>**City of Chicago<br>c/o Markoff & Krasny<br>29 N. Wacker Dr., #550<br>Chicago, IL 60606-2854** | - | | | **City of Chicago v. Okoye, 11-M1-650656, Cook County, Illinois** | | | X | **840.00**<br><br>840.00 | **840.00**<br><br>0.00 |
| Account No. **xx-xx-xx1732**<br><br>**City of Chicago<br>c/o Goldman & Grant<br>205 W RANDOLPH<br>Chicago, IL 60606** | - | | | **City of Chicago v. Okoye, 11-M1-651732, Cook County, Illinois** | | | X | **1,128.87**<br><br>1,128.87 | **1,128.87**<br><br>0.00 |
| Account No. **xx-xx-xx2785**<br><br>**City of Chicago<br>c/o Markoff & Krasny<br>29 N. Wacker Dr., #550<br>Chicago, IL 60606-2854** | - | | | **City of Chicago v. Okoye, 11-M1-652785, Cook County, Illinois** | | | X | **662.63**<br><br>662.63 | **662.63**<br><br>0.00 |
| Account No. **xx-xx-xx2782**<br><br>**City of Chicago<br>c/o Markoff & Krasny<br>29 N. Wacker Dr., #550<br>Chicago, IL 60606-2854** | - | | | **City of Chicago v. Okoye, 11-M1-652782, Cook County, Illinois** | | | X | **816.48**<br><br>816.48 | **816.48**<br><br>0.00 |

Sheet __3__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **4,487.98** |
| 4,487.98 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**                                                                     ,    Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx3431** <br><br>**City of Chicago c/o Markoff & Krasny 29 N. Wacker Dr., #550 Chicago, IL 60606-2854** | - | | **City of Chicago v. Okoye, 11-M1-653431, Cook County, Illinois** | | | X | 4,040.00 <br><br> 4,040.00 | 4,040.00 <br><br> 0.00 |
| Account No. **xx-xx-xx5042** <br><br>**City of Chicago c/o Goldman & Grant 205 W RANDOLPH Chicago, IL 60606** | - | | **City of Chicago v. Okoye, 11-M1-655042, Cook County, Illinois** | | | X | 2,600.00 <br><br> 2,600.00 | 2,600.00 <br><br> 0.00 |
| Account No. **xx-xx-xx8444** <br><br>**City of Chicago c/o Markoff & Krasny 29 N. Wacker Dr., #550 Chicago, IL 60606-2854** | - | | **City of Chicago v. Okoye, 11-M1-658444, Cook County, Illinois** | | | X | 5,040.00 <br><br> 5,040.00 | 5,040.00 <br><br> 0.00 |
| Account No. **xxxxx-x1830** <br><br>**City of Joliet 150 w Jefferson Street Joliet, IL 60432** | | | | | | | 3,002.96 <br><br> 3,002.96 | 3,002.96 <br><br> 0.00 |
| Account No. **x.x1E+11** <br><br>**City of Joliet 150 W Jefferson Street Joliet, IL 60432** | | | **7 Miller Ave, Joliet IL  60432** | | | | 114.00 <br><br> 114.00 | 114.00 <br><br> 0.00 |

Sheet __4__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 14,796.96 | |
|---|---|---|---|
| | (Total of this page) | 14,796.96 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**
_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| Account No. **x.x1E+11** **City of Joliet 150 W Jefferson Street Joliet, IL 60432** | | | | | 1100 Washington Joliet IL 60432 | | | | 114.00 | 114.00 | 0.00 |
| Account No. **x.x1E+11** **City of Joliet 150 W Jefferson Street Joliet, IL 60432** | | | | | 7 Miller Joliet IL 60432 | | | | 145.00 | 145.00 | 0.00 |
| Account No. **x.x1E+11** **City of Joliet 150 W Jefferson Street Joliet, IL 60432** | | | | | 121 Webster Joliet IL 60432 | | | | 124.00 | 124.00 | 0.00 |
| Account No. **2884** **City of Joliet 150 W Jefferson Street Joliet, IL 60432** | | | | | 455 Cherry Joliet Il 60433 | | | | 730.00 | 730.00 | 0.00 |
| Account No. **xx-xx-xx5-012** **City of Joliet 150 W Jefferson Street Joliet, IL 60432** | | | | | Sold Tax Nobes - Exp. 11/3 | | | | 0.00 | 0.00 | 0.00 |

Sheet __5__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

1,113.00

1,113.00    1,113.00

0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**                                           ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx xx  xx-x4795**<br><br>**County Of Will<br>302 N Chicago Street<br>Joliet, IL 60432** | | | **Sold Tax Madonna - Exp 9/29** | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. **xxxxxxxxxx xx  xx-x4725**<br><br>**County Of Will<br>302 N Chicago Street<br>Joliet, IL 60432** | | | **455 Cherry Joliet Il  60433** | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. **xxxx xx.  x4886**<br><br>**Goldman & Grant<br>205 W Randolph - #1100<br>Chicago, IL 60606** | | | **City Chgo Water Mgmt** | | | | 882.80 | 882.80 | |
| | | | | | | | 882.80 | | 0.00 |
| Account No. **xxxx xx. x8841**<br><br>**Goldman & Grant<br>205 W Randolph - #1100<br>IL 60606** | | | **City Chgo Default Eggleston** | | | | 2,744.48 | 2,744.48 | |
| | | | | | | | 2,744.48 | | 0.00 |
| Account No. **xxxx-0000**<br><br>**Iron County Treasurer<br>300 Taconite St - Suite 100<br>Hurley, WI 54534** | | | | | | | 1,256.63 | 1,256.63 | |
| | | | | | | | 1,256.63 | | 0.00 |

Sheet __6__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    4,883.91
(Total of this page)    4,883.91    0.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **Innocent O Okoye** _____,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-0000**<br>**Iron County Treasurer**<br>**300 Taconite St - Suite 100**<br>**Hurley, Wi 54534** | | | | | | | 1,342.03<br><br>1,342.03 | 0.00 | |
| Account No. **xx-xx-xx1-006**<br>**Kane County Clerk**<br>**719 S Batavia Ave - Bldg B**<br>**Geneva, IL 60134** | | | 627 Downer  Aurora  IL | | | | 2,808.72<br><br>2,808.72 | 0.00 | |
| Account No. **xx-xx-xx3-010**<br>**Kane County Clerk**<br>**719 S Batavia Ave - Bldg B**<br>**Geneva, IL 60134** | | | 555 North Avenue, Aurora IL | | | | 0.00<br><br>0.00 | 0.00 | |
| Account No. **xx-xx-xx6-009**<br>**Kane County Clerk**<br>**719 S Batavia Ave - Bldg B**<br>**Geneva, IL 60134** | | | 109 State Street, Aurora IL | | | | 0.00<br><br>0.00 | 0.00 | |
| Account No. **xx-xx-xx6-038**<br>**Kane County Clerk**<br>**719 S Batavia Ave - Bldg B**<br>**Geneva, IL 60134** | | | 1321 Glen Circle, Aurora IL | | | | 0.00<br><br>0.00 | 0.00 | |

Sheet **7** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      4,150.75      4,150.75      0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**                                              ,          Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxx. #  xxxxxx3264** | | | **City of Chgo Default Judgmt** | | | | | | |
| **Markoff & Krasny 29 N Wacker - #550 Chicago, IL 60606** | | | | | | | 340.00 | | |
| | | | | | | | **340.00** | | **0.00** |
| Account No. **xxxx xxxx xxx. #  xxxxxx4554** | | | **City of Chgo Default Judgmt** | | | | | | |
| **Markoff & Krasny 29 N Wacker - #550 IL 60606** | | | | | | | 1,040.00 | | |
| | | | | | | | **1,040.00** | | **0.00** |
| Account No. **xxxx xxxx xxx #xxxxxx4550** | | | **City of Chgo Default Judgmt** | | | | | | |
| **Markoff & Krasny 29 N Wacker - #550 IL 60606** | | | | | | | 1,040.00 | | |
| | | | | | | | **1,040.00** | | **0.00** |
| Account No. **xxxx xxxx xxx #xxxxxx4555** | | | **City of Chgo Default Judgmt** | | | | | | |
| **Markoff & Krasny 29 N Wacker - #550 IL 60606** | | | | | | | 340.00 | | |
| | | | | | | | **340.00** | | **0.00** |
| Account No. **xxxx xxxx xxx # xxxxxx4551** | | | **City of Chgo Default Judgmt** | | | | | | |
| **Markoff & Krasny 29 N Wacker - #550 IL 60606** | | | | | | | 340.00 | | |
| | | | | | | | **340.00** | | **0.00** |

Sheet __8__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **3,100.00** | |
| **3,100.00** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**
_____,        Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **xxxx xxxx xxx #xxxxxx4552** | | | | **City of Chgo Default Judgmt** | | | | | | |
| **Markoff & Krasny** **29 N Wacker - #550,** **IL 60606** | | | | | | | | | **1,040.00** | |
| | | | | | | | | **1,040.00** | | **0.00** |
| Account No. **xx0775** | | | | **Collection for City Aurora** | | | | | | |
| **RMI/MCSI** **3348 Ridge Road** **Lansing, IL 60438** | | | | | | | | | **550.00** | |
| | | | | | | | | **550.00** | | **0.00** |
| Account No. **xx6071** | | | | **Collection for City Aurora** | | | | | | |
| **RMI/MCSI** **3348 Ridge Road** **Lansing, IL 60438** | | | | | | | | | **500.00** | |
| | | | | | | | | **500.00** | | **0.00** |
| Account No. **xx7075** | | | | **Collection for City Aurora** | | | | | | |
| **RMI/MCSI** **3348 Ridge Road** **Lansing, IL 60438** | | | | | | | | | **150.00** | |
| | | | | | | | | **150.00** | | **0.00** |
| Account No. **xx9658** | | | | **Collection for City Aurora** | | | | | | |
| **RMI/MCSI** **3348 Ridge Road** **Lansing, IL 60438** | | | | | | | | | **150.00** | |
| | | | | | | | | **150.00** | | **0.00** |

Sheet **9** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **2,390.00** |
| (Total of this page) | **2,390.00** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re **Innocent O Okoye** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx6323**<br><br>RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL 60438 | | | | Collection for City Aurora | | | | 150.00<br><br>150.00 | 150.00<br><br>0.00 |
| Account No. **xx0776**<br><br>RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL 60438 | | | | Collection for City Aurora | | | | 150.00<br><br>150.00 | 150.00<br><br>0.00 |
| Account No. **xx9384**<br><br>RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL 60438 | | | | Collection for City Aurora | | | | 75.00<br><br>75.00 | 75.00<br><br>0.00 |
| Account No. **xx6324**<br><br>RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL 60438 | | | | Collection for City Aurora | | | | 70.00<br><br>70.00 | 70.00<br><br>0.00 |
| Account No. **xx6322**<br><br>RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL 60438 | | | | Collection for City Aurora | | | | 65.00<br><br>65.00 | 65.00<br><br>0.00 |

Sheet **10** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | | 510.00 |
| (Total of this page) | 510.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re  **Innocent O Okoye**                                      ,        Case No. _____
_____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | |
| Account No. **xx4479** | | Collection for City Aurora | | | | | | | |
| RMI/MCSI 3348 Ridge Road Lansing, IL 60438 | | | | | | | 65.00 | | 65.00 |
| | | | | | | | 65.00 | 0.00 | |
| Account No. **xx6326** | | Collection for City Aurora | | | | | | | |
| RMI/MCSI 3348 Ridge Road Lansing, IL 60438 | | | | | | | 55.00 | | 55.00 |
| | | | | | | | 55.00 | 0.00 | |
| Account No. **xx9385** | | Collection for City Aurora | | | | | | | |
| RMI/MCSI 3348 Ridge Road Lansing, IL 60438 | | | | | | | 50.00 | | 50.00 |
| | | | | | | | 50.00 | 0.00 | |
| Account No. **xx7074** | | Collection for City Aurora | | | | | | | |
| RMI/MCSI 3348 Ridge Road Lansing, IL 60438 | | | | | | | 50.00 | | 50.00 |
| | | | | | | | 50.00 | 0.00 | |
| Account No. **xx6325** | | Collection for City Aurora | | | | | | | |
| RMI/MCSI 3348 Ridge Road Lansing, IL 60438 | | | | | | | 50.00 | | 50.00 |
| | | | | | | | 50.00 | 0.00 | |

Sheet __11__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                          270.00
(Total of this page)      270.00          0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Innocent O Okoye**                                                     ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **xx6327** <br><br> **RMI/MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL 60438** | | | | Collection for City Aurora | | | | <br> 50.00 <br><br> 50.00 | | <br> **50.00** <br><br> **0.00** |
| Account No. **xx4477** <br><br> **RMI/MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL 60438** | | | | Collection for City Aurora | | | | <br> 50.00 <br><br> 50.00 | | <br> **50.00** <br><br> **0.00** |
| Account No. **xx4478** <br><br> **RMI/MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL 60438** | | | | Collection for City Aurora | | | | <br> 50.00 <br><br> 50.00 | | <br> **50.00** <br><br> **0.00** |
| Account No. **xx4480** <br><br> **RMI/MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL 60438** | | | | Collection for City Aurora | | | | <br> 50.00 <br><br> 50.00 | | <br> **50.00** <br><br> **0.00** |
| Account No. **xx9926** <br><br> **RMI/MCSI** <br> **3348 Ridge Road** <br> **Lansing, IL 60438** | | | | Collection for City Aurora | | | | <br> 50.00 <br><br> 50.00 | | <br> **50.00** <br><br> **0.00** |

Sheet __12__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **250.00** | |
|---|---|---|---|
| | (Total of this page) | **250.00** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Innocent O Okoye**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx8-833, x56-21, 22, 23, 24 25** | | | Sold Taxes | | | | | 3,209.52 | |
| **Vilas County Treasurer 330 Court Street Eagle River, WI 54521** | | | | | | | 3,209.52 | | 0.00 |
| Account No. **xxx-x33-01, 02** | | | Sold Taxes | | | | | 1,201.15 | |
| **Vilas County Treasurer 330 Court Street Eagle River, WI 54521** | | | | | | | 1,201.15 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **13** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 4,410.67 | |
| | 4,410.67 | 0.00 |
| Total | 53,344.02 | |
| (Report on Summary of Schedules) | 53,344.02 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Innocent O Okoye**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x.x0E+12 Access Receivable Mgmt PO Box 9801 Towson, MD 21284 | X | | XO Communication/Internet | | | | 22,141.95 |
| Account No. xxx0916 ADT PO Box 650485 Dallas, TX | | | Alarm Service | | | | 177.12 |
| Account No. 5971 American Capital Financial 2015 Ogden - #400 Lisle, IL 60532 | X | | Accounting Svcs. | | | | 446.06 |
| Account No. xxxx4002 American Chartered Bank 20 N Martingale - #600 Schaumburg, IL | X | | Commmercial Loan | | | | 669,852.88 |

__14__ continuation sheets attached

Subtotal (Total of this page)    692,618.01

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    S/N:23645-110705    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Innocent O Okoye**                                         ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx4001**<br><br>**American Chartered Bank**<br>**20N Martingale - #600**<br>**Schaumburg, IL** | X | | | | **Commerical Loan** | | | | 494,591.27 |
| Account No. **xxxxx8301**<br><br>**American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | X | | | | **Commerical Loan** | | | | 185,612.59 |
| Account No. **xxxx6603**<br><br>**American Chartered Bank**<br>**20 N Martingale - #600**<br>**Schaumburg, IL** | X | | | | **Real Estate Loans** | | | | 3,535,056.39 |
| Account No.<br><br>**American Express**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | - | | | | **American Express v. Innocent Okoye,   Du Page County, Illinois** | | | X | **Unknown** |
| Account No. **x.x0E+15**<br><br>**Amex**<br>**PO Box 7871**<br>**Ft. Lauderdale, FL 33329** | | | | | **Credit Card** | | | | 13,458.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,228,718.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Innocent O Okoye**                                   ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x.x0E+15**<br><br>**Amex**<br>**PO Box 7871**<br>**Ft. Lauderdale, FL 33329** | | | | | **Credit Card** | | | | **11,855.00** |
| Account No. **x0184**<br><br>**Andrew Szocka PC**<br>**799 E. Terra Cotta Ave**<br>**Crystal Lake, IL 60014** | X | | | | **Legal Services Rendered** | | | | **5,583.75** |
| Account No. **xxxx2130**<br><br>**Arnold Scott Harris**<br>**222 Merchandise Mart**<br>**Chicago, IL 60654** | | | | | **Tollway** | | | | **13,364.40** |
| Account No. **xx-xx-xx1-006**<br><br>**ASM Financial Services**<br>**380 Union St - #300**<br>**West Springfield, MA 01089** | | | | | **627 Downer AuroraIL** | | | | **2,808.72** |
| Account No. **xxxxx5942**<br><br>**AT&T**<br>**PO Box  6463**<br>**Carol Stream, IL 60197** | X | | | | **Wireless Phone Svcs** | | | | **2,198.80** |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,810.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Innocent O Okoye** ,                                    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Baytree LeasingCo <br> PO Box  51781 <br> Los Angeles, CA 90051** | X | | **Equip. Lease** | | | | 102,356.74 |
| Account No. **xxxxxx0880** <br><br> **Brennan & Clark <br> 721 E Madison - #200 <br> Villa Park, IL 60181** | X | | **Atty. For Erie Insurance** | | | | 3,446.00 |
| Account No. **xxxxxx0495** <br><br> **Brennan & Clark <br> 721 E Madison - #200 <br> Villa Park, IL 60181** | X | | **Atty. For Eri eInsurance** | | | | 404.00 |
| Account No. **xxxx-xxxx-0000** <br><br> **Call One <br> PO Box 4044 <br> Carol Stream, IL 60197** | X | | **Phone System** | | | | 46,438.73 |
| Account No. **x.x0E+15** <br><br> **Cardmember Service <br> PO Box  790408 <br> St Louis, MO 63179** | X | | **Mastercard Charge** | | | | 7,183.80 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

159,829.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Innocent O Okoye**                                    ,            Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx9903**<br><br>**CBE Group**<br>**1309 Technology Dr**<br>**Cedar Falls, IA 50613** | | | | | For Direct TV | | | | 149.37 |
| Account No. **x3388**<br><br>**Cbeyond Communications**<br>**13474 Collections Center Dr**<br>**Chicago, IL 60693** | X | | | | Phone Services | | | | 9,009.26 |
| Account No. **xxxx xx.  xxxx1104**<br><br>**Cherrywood Condo Assoc**<br>**28 Wildwood**<br>**Bolingbrook, IL** | | | | | Judgement | | | | 2,257.00 |
| Account No.<br><br>**Codilis & Associates**<br>**15W030 N. Frontage Rd**<br>**Burr Ridge, IL 60527** | X | | | | Legal Services Rendered | | | | 1,665.00 |
| Account No. **xxxx1090**<br><br>**Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | | | | Electric | | | | 179.43 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,260.06**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Innocent O Okoye**                                            ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx7023**<br><br>**Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | | | | Electric | | | | 229.45 |
| Account No. **xxxxx5950**<br><br>**Credit Bureau of North America, LLC**<br>**200 Creekside Drive**<br>**Dickson, TN 37055** | | | | | | | | | 1,852.00 |
| Account No. **xxxxxx2974**<br><br>**Credit Collections Service**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | | | | Allstate Insurance | | | | 1,112.56 |
| Account No. **xxx1118**<br><br>**EOS CCA**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | | | | Collection for Bolingbrook | | | | 95.00 |
| Account No. **xxxxxx7207**<br><br>**First Communications**<br>**200 E. Randolph - #2300**<br>**Chicago, IL 60601** | X | | | | Settled (See Call One) | | | | 36,332.02 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,621.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Innocent O Okoye**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x.x1E+12** <br><br> **Franklin Collection** <br> **PO Box 3910** <br> **Tupelo, MS 38803** | | | | | for AT&T CellPhone | | | | **594.68** |
| Account No. **xx xx4336** <br><br> **Gboleah Angba** <br> **1401 Rock Run  Suite H** <br> **Crest Hill, IL 60403** | | | | | Small Claim Judgement | | | | **9,071.31** |
| Account No. **xx8119** <br><br> **GFC Leasing** <br> **2675 Research Park Drive** <br> **Madison, WI 53711** | X | | | | Equipment Lease | | | | **Unknown** |
| Account No. **xxxx xx  xx-xxxx xxCE (11)** <br><br> **Glazer & Associates** <br> **3113 Stirling Rd - #201** <br> **Hollywood, FL 33312** | - | | | | Atty for 1201 Ocean Blvd - Quadomain Condo | | | | **25,000.00** |
| Account No. **xxxx xx.  x7996** <br><br> **Goldman & Grant** <br> **205 W Randolph - #1100** <br> **IL 60606** | | | | | | | | | **909.19** |

Sheet no. __6___ of __14___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,575.18**

B6F (Official Form 6F) (12/07) - Cont.

In re __Innocent O Okoye__ _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx3007  Harris & Harris 222 Merchandise Mart Chicago, IL 60654 | | | | | Collection for Nicor Gas | | | | 691.21 |
| Account No. xx-x-x1354  Hinsdale Bank & Trust c/o RIGHEIMER RIGHEIMER & MAR 20 NORTH CLARK #1900 Chicago, IL 60602 | X | - | | | Hinsdale Trust Company v. Innocent Okoye, 10-L-51354 | | | X | 3,978,704.00 |
| Account No. xxxx xx 1220  Hinsdale Bank & Trust c/o RIGHEIMER RIGHEIMER & MAR 20 NORTH CLARK #1900 Chicago, IL 60602 | | - | | | Hinsdale Bank v. Okoye, 2010 CH 1220, Kendall County, Illinois | | | X | Unknown |
| Account No. xxxx xx 6547  Hinsdale Bank & Trust c/o RIGHEIMER RIGHEIMER & MAR 20 NORTH CLARK #1900 Chicago, IL 60602 | | - | | | Hinsdale Bank v. Okoye, 2010 CH 6547, Will County, Illinois | | | X | Unknown |
| Account No.  Hinsdale Bank & Trust c/o RIGHEIMER RIGHEIMER & MAR 20 NORTH CLARK #1900 Chicago, IL 60602 | | - | | | Hinsdale Bank v. Okoye, DuPage County, Illinois | | | X | Unknown |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,979,395.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **Innocent O Okoye**                               ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hinsdale Bank & Trust Company** <br>**25 East First Street** <br>**Hinsdale, IL 60521** | | | Foreclosure Notice | | | | **3,996,933.18** |
| Account No. <br><br>**Hinshaw & Culbertson LLP** <br>**222N LaSalle - #300** <br>**Chicago, IL 60601** | X | | Legal Services Rendered | | | | **321,573.07** |
| Account No. **x1443,  x1495,** <br><br>**Humanspan LLC** <br>**PO Box 248** <br>**Stanton, MO 63079** | X | | | | | | **1,220.00** |
| Account No. **xxxx xx xxx6559** <br><br>**Hunter & Warfield** <br>**4620 Woodland Corp** <br>**Tampa, FL 33614** | | | For CSM Corporation | | | | **10,540.70** |
| Account No. <br><br>**KCW Environmental Condition** <br>**150 E St. Charles Rd  - #D** <br>**Carol Stream, IL 60188** | X | | Mechanic's Lien | | | | **8,114.73** |

Sheet no. __**8**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,338,381.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Innocent O Okoye**                                                     ,                Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx33-02**<br><br>**Kinnally, Flaherty, Krentz & Loran**<br>**2114 Deerpath Rd**<br>**Aurora, IL 60506** | X | | | | Legal Services | | | | 2,198.85 |
| Account No. **xxx7062**<br><br>**Law Office Joel Cardis LLC**<br>**2006 Swede Rd - #100**<br>**E Norriton, PA 19401** | X | | | | Computer Svcs Collection | | | | 4,129.27 |
| Account No. **xxxxx-x001M**<br><br>**Manfield, Tanick & Cohen** | X | | | | Legal Services Rendered | | | | 4,968.55 |
| Account No. **xxx-xx5LAW**<br><br>**Marc Realty**<br>**55 E Jackson - #500**<br>**Chicago, IL 60604** | X | | | | Rent 1701 E Woodfield | | | | 26,331.50 |
| Account No. **xx x x6070**<br><br>**Monica Thomas**<br>**c/o Evan Hughes, Esq.**<br>**100 W. Monroe, Ste 1900**<br>**Chicago, IL 60603** | - | | | | Monica Thomas v. Law Title, et al.,10 L 66070, Cook County, Illinois | | | X | Unknown |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,628.17

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Innocent O Okoye**                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxxx & xxx4874**<br><br>**Northwestern Mutual**<br>**720 E Wisconsin Ave**<br>**Milwaukee, WI 53202** | X | | | | 50% Guarantor | | | | 18,690.11 |
| Account No.<br><br>**Office Support Services**<br>**16335 Harlen - #400**<br>**Tinley Park, IL 60477** | X | | | | Office Rent | | | | 684.80 |
| Account No. **xxxxxxx2228**<br><br>**Old Second Bank**<br>**37 S River Street**<br>**Aurora, IL 60506** | X | | | | Commerical Loan | | | | 109,122.83 |
| Account No. **xx0949**<br><br>**Olive Tree Condo**<br>**200 E Bailey  Street**<br>**Naperville, IL 60565** | | | | | AC Service | | | | 469.00 |
| Account No. **xxx3055**<br><br>**Phillip Sauer LLC**<br>**3 Golf Center**<br>**Hoffman Estates, IL 60169** | X | | | | Paetec - Orig Creditor | | | | 74,137.49 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

203,104.23

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Innocent O Okoye**                                              ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-1476**<br><br>**Pinzur, Cohen & Kerr**<br>**4180 RFD Rute 83 - #208**<br>**Long Grove, IL 60047** | X | | Legal Svcs MB Financial | | | | 3,607.03 |
| Account No. **xxxxxxx3861**<br><br>**Pitney Bowes**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250** | X | | Postage | | | | 864.41 |
| Account No. **x2030**<br><br>**Property Insight**<br>**1007 E. Cooley Dr**<br>**Colton, CA 92324** | X | | Chgo Title | | | | 134,355.50 |
| Account No. **xxxxxx0495**<br><br>**RMS**<br>**77 Hartland - #401**<br>**East Hartford, CT 06128** | X | | Collections for Erie Ins. | | | | 1,504.00 |
| Account No. **xxxx4254**<br><br>**State Collection**<br>**2509 Stoughton Road**<br>**Madison, WI 53716** | | | Collection Peoples Energy | | | | 250.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140,580.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Innocent O Okoye**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stuctured Development**<br>**211 N Clinton - Suite 3 South**<br>**Chicago, IL 60661** | X | | **Rent  Clinton/Lake Street** | | | | **2,100.00** |
| Account No. **xx-xxxx xxCE (11)**<br><br>**Sultan Family Limited**<br>**c/o Charles Butler III, Esq.**<br>**315 S.E. 7th Street - 1st Floor**<br>**Fort Lauderdale, FL 33301** | - | | **Sultan Family Limited v. Okoye, 11-9134 CACE (11), Broward County, Florida** | | | X | **Unknown** |
| Account No. **xx1374**<br><br>**Teller Levit & Silvertrust**<br>**11 E Adams - #800**<br>**Chicago, IL 60603** | X | | **Atty for Warehouse Direct** | | | | **20,007.91** |
| Account No. **xxxx xx xxx3644**<br><br>**The Chaet Kaplan Baim Firm**<br>**30 N LaSalle - #1520**<br>**Chicago, IL 60602** | X | | **Settlmt United Communicat** | | | | **10,000.00** |
| Account No. **xxx0754**<br><br>**The Sidewell Company**<br>**675 Sidwell Court**<br>**St Charles, IL 60174** | X | | **Title Search Company** | | | | **1,270.00** |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,377.91**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Innocent O Okoye** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2909** <br><br> **Transworld Systems 8801 JM Keynes Dr. - Suite 300 Charlotte, NC 28262** | X | | Collections Co for Sidwell | | | | 1,885.52 |
| Account No. **xxxxx-xxxxxx7600** <br><br> **Transworld Systems 1375 E Woodfield Rd Schaumburg, IL 60173** | X | | Collection for Property Insig. | | | | 134,355.50 |
| Account No. **xx-1431** <br><br> **Turnkey NetworkSystems 210 S Milwaukee Ave Wheeling, IL 60090** | X | | Gateway Security | | | | 936.23 |
| Account No. **07-CH-23517** <br><br> **U.S. Bank, N.A. c/o Pierce & Associates 1 N. Dearborn, Suite 1300 Chicago, IL 60602** | - | | U.S. Bank, N.A. v. Innocent Okoye, et al., 07-CH-23517 | | | X | Unknown |
| Account No. <br><br> **Warehouse Direct 1601 W. Algonquin Rd Mt Prospect, IL 60056** | X | | Office Supplies | | | | 20,007.91 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **157,185.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Innocent O Okoye**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Wells Frago Equip Settlement | | | | |
| **Zanck Coen & Wright 40 Brink Street Crystal Lake, IL** | X | | | | | | | | |
| | | | | | | | | | 65,000.00 |
| Account No. **xxxx xx xx xx 2732** | | | | | Credit card | | | | |
| **Zwicker & Associates 7336 N Lincoln Ave - #404 Lincolnwood, IL 60712** | | | | | | | | | |
| | | | | | | | | | 9,660.14 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 74,660.14 |
| Total (Report on Summary of Schedules) | | 14,169,745.91 |

Access Receivable Mgmt
PO Box 9801
Towson, MD 21284


ADT
PO Box 650485
Dallas, TX


American Capital Financial
2015 Ogden - #400
Lisle, IL 60532


American Chartered Bank
20 N Martingale - #600
Schaumburg, IL


American Chartered Bank
20N Martingale - #600
Schaumburg, IL


American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


Amex
PO Box 7871
Ft. Lauderdale, FL 33329


Andrew Szocka PC
799 E. Terra Cotta Ave
Crystal Lake, IL 60014


Arnold Scott Harris
222 Merchandise Mart
Chicago, IL 60654


ASM Financial Services
380 Union St - #300
West Springfield, MA 01089


AT&T
PO Box  6463
Carol Stream, IL 60197

Baytree LeasingCo
PO Box 51781
Los Angeles, CA 90051


Brennan & Clark
721 E Madison - #200
Villa Park, IL 60181


Call One
PO Box 4044
Carol Stream, IL 60197


Cardmember Service
PO Box 790408
St Louis, MO 63179


CBE Group
1309 Technology Dr
Cedar Falls, IA 50613


Cbeyond Communications
13474 Collections Center Dr
Chicago, IL 60693


Cherrywood Condo Assoc
28 Wildwood
Bolingbrook, IL


City of Aurora
44 E Downer Place
Aurora, IL 60507


City of Chicago
30 N LaSalle - Suite 700
Chicago, IL 60602


City of Chicago
c/o Markoff & Krasny
29 N. Wacker Dr., #550
Chicago, IL 60606-2854


City of Chicago
c/o Goldman & Grant
205 W RANDOLPH
Chicago, IL 60606

City of Joliet
150 w Jefferson Street
Joliet, IL 60432


City of Joliet
150 W Jefferson Street
Joliet, IL 60432


Codilis & Associates
15W030 N. Frontage Rd
Burr Ridge, IL 60527


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


County Of Will
302 N Chicago Street
Joliet, IL 60432


Credit Bureau of North America, LLC
200 Creekside Drive
Dickson, TN 37055


Credit Collections Service
Two Wells Avenue
Newton, MA 02459


EOS CCA
700 Longwater Drive
Norwell, MA 02061


First Communications
200 E. Randolph - #2300
Chicago, IL 60601


Franklin Collection
PO Box 3910
Tupelo, MS 38803


Gboleah Angba
1401 Rock Run  Suite H
Crest Hill, IL 60403

GFC Leasing
2675 Research Park Drive
Madison, WI 53711


Glazer & Associates
3113 Stirling Rd - #201
Hollywood, FL 33312


Goldman & Grant
205 W Randolph - #1100
Chicago, IL 60606


Goldman & Grant
205 W Randolph - #1100
IL 60606


Harris & Harris
222 Merchandise Mart
Chicago, IL 60654


Hinsdale Bank & Trust
25 E. First St.
Hinsdale, IL 60521


Hinsdale Bank & Trust
c/o RIGHEIMER RIGHEIMER & MAR
20 NORTH CLARK #1900
Chicago, IL 60602


Hinsdale Bank & Trust Company
25 East First Street
Hinsdale, IL 60521


Hinshaw & Culbertson LLP
222N LaSalle - #300
Chicago, IL 60601


Humanspan LLC
PO Box 248
Stanton, MO 63079


Hunter & Warfield
4620 Woodland Corp
Tampa, FL 33614

Iron County Treasurer
300 Taconite St - Suite 100
Hurley, WI 54534


Kane County Clerk
719 S Batavia Ave - Bldg B
Geneva, IL 60134


KCW Environmental Condition
150 E St. Charles Rd  - #D
Carol Stream, IL 60188


Kinnally, Flaherty, Krentz & Loran
2114 Deerpath Rd
Aurora, IL 60506


Kristy Okoye
3115 Aviara Ct.
Naperville, IL 60564


Law Office Joel Cardis LLC
2006 Swede Rd - #100
E Norriton, PA 19401


Law Title
2900 Ogden Avenue
Lisle, IL 60532


Manfield, Tanick & Cohen


Marc Realty
55 E Jackson - #500
Chicago, IL 60604


Markoff & Krasny
29 N Wacker - #550
Chicago, IL 60606


Markoff & Krasny
29 N Wacker - #550
IL 60606

Markoff & Krasny
29 N Wacker - #550,
IL 60606


Monica Thomas
c/o Evan Hughes, Esq.
100 W. Monroe, Ste 1900
Chicago, IL 60603


Northwestern Mutual
720 E Wisconsin Ave
Milwaukee, WI 53202


Office Support Services
16335 Harlen - #400
Tinley Park, IL 60477


Old Second Bank
37 S River Street
Aurora, IL 60506


Olive Tree Condo
200 E Bailey Street
Naperville, IL 60565


Phillip Sauer LLC
3 Golf Center
Hoffman Estates, IL 60169


Pinzur, Cohen & Kerr
4180 RFD Rute 83 - #208
Long Grove, IL 60047


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250


Property Insight
1007 E. Cooley Dr
Colton, CA 92324


RMI/MCSI
3348 Ridge Road
Lansing, IL 60438

RMS
77 Hartland - #401
East Hartford, CT 06128


State Collection
2509 Stoughton Road
Madison, WI 53716


Stuctured Development
211 N Clinton - Suite 3 South
Chicago, IL 60661


Sultan Family Limited
661 Oleander Drive
Hallandale, FL 33009


Sultan Family Limited
c/o Charles Butler III, Esq.
315 S.E. 7th Street - 1st Floor
Fort Lauderdale, FL 33301


Teller Levit & Silvertrust
11 E Adams - #800
Chicago, IL 60603


The Chaet Kaplan Baim Firm
30 N LaSalle - #1520
Chicago, IL 60602


The Sidewell Company
675 Sidwell Court
St Charles, IL 60174


Transworld Systems
8801 JM Keynes Dr. - Suite 300
Charlotte, NC 28262


Transworld Systems
1375 E Woodfield Rd
Schaumburg, IL 60173


Turnkey NetworkSystems
210 S Milwaukee Ave
Wheeling, IL 60090

U.S. Bank, N.A.
c/o Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602


Vilas County Treasurer
330 Court Street
Eagle River, WI 54521


Warehouse Direct
1601 W. Algonquin Rd
Mt Prospect, IL 60056


Zanck Coen & Wright
40 Brink Street
Crystal Lake, IL


Zwicker & Associates
7336 N Lincoln Ave - #404
Lincolnwood, IL 60712